# EXHIBIT 2

# EXHIBIT 2

Case 2:24-cv-01949-CDS-EJY   Document 16-2   Filed 07/11/25   Page 2 of 4

30(b)(6) for Loya Insurance Company

Christopher Bennett          Muhammad Bin Musa Ali v. Loya Insurance Company, et al.

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MUHAMMAD BIN MUSA ALI,          )
individually,                   )
                 Plaintiff,     )
                                )
vs.                             )Case No.
                                )2:24-cv-01949-CDS-EJY
LOYA INSURANCE COMPANY, a       )
foreign corporation; BRIANNA    )
WALTON, an individual;          )
DOES I-V; and ROE               )
CORPORATIONS VI-X, inclusive,)
                                )
                 Defendants.    )
_____)

DEPOSITION OF CHRISTOPHER BENNETT

FRCP 30(b)(6) CORPORATE DESIGNEE FOR

LOYA INSURANCE COMPANY

Via Videoconference

Taken on Tuesday, May 27, 2025

By a Certified Stenographer

At 1:00 p.m.

Stenographically reported by:

Holly Larsen, NV CCR 680, CA CSR 12170

Job No. 61012A - Firm No. 116F

30(b)(6) for Loya Insurance Company

Christopher Bennett                    Muhammad Bin Musa Ali v. Loya Insurance Company, et al.

Page 92

documents, publicly accessible documents, I can't search internal claims made by private counsel to Loya.

Is Loya able to search and find documents related to claims?  Is that something they're able to do?

A.     No, sir.  I can't find specific documents.  I would have to go to each claim and review the documents to determine what the pleadings were.

Q.     Just so I'm clear, there's no database Loya maintains that keeps track of all the claims made against them, Loya, for fraud, breach of fiduciary duties, breach of the duty of good faith and fair dealing, and breach of statutory duties?

A.     No, sir.

MR. JOHNSON:  I'm going to again object to form as it's vague and ambiguous.

I'm assuming you're talking about claims, not legal actions.  And if that's true, that would make it more clear, I think, for Mr. Bennett.

BY MR. DRUMMOND:

Q.     Let's break it down.

As to claims, they don't have those documents related to the claims brought against

 

30(b)(6) for Loya Insurance Company

Christopher Bennett                    Muhammad Bin Musa Ali v. Loya Insurance Company, et al.

Page 93

them?  Is that Loya's position specific to claims?

A.    No, sir.

Q.    And specific to legal actions, the phrase they use, or you used in your interrogatory response, they don't have access to the documents for legal issues brought against them for fraud, breach of fiduciary duties, breach of the duty of good faith and fair dealing, and breach of statutory duties; is that Loya's testimony?

A.    Yes, sir.  There is no database, and there is no list.

Q.    Interrogatory Number 21, do you see that in front of you, sir?

A.    Yes, sir.

Q.    Loya's fifth affirmative defense in this case is, quote, "Plaintiff's claims are barred to the extent there was a failure to comply with all the terms and conditions of the policy," end quote.

Do you see that?

A.    Yes, sir.

Q.    Why are they barred?

MR. JOHNSON:  Could you provide the remainder of that response, please?

THE WITNESS:  Can you scroll up?  Is there any way to get all of it on the screen?  There