M. BRADLEY JOHNSON, ESQ.
Nevada State Bar No. 4646
bjohnson@sjwlawfirm.com
SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
(702) 362-6666 - Telephone
(702) 362-2203 - Facsimile
*Attorneys for Defendant*
LOYA INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MUHAMMAD BIN MUSA ALI individually,<br><br>Plaintiff,<br><br>v.<br><br>LOYA INSURANCE COMPANY, a foreign corporation; BRIANNA WALTON, an individual,<br><br>Defendants. | Case No. 2:24-cv-01949-CDS-EJY<br><br>**DECLARATION OF M. BRADLEY JOHNSON IN SUPPORT OF DEFENDANT LOYA INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |

I, M. Bradley Johnson, declare as follows:

1.     I am an attorney at the law firm of Schnitzer, Johnson & Watson, attorneys of record for Defendant Loya Insurance Company in this action.  I have firsthand knowledge of the following facts, and if called as a witness, could and would testify competently thereto.

2.     Attached as **Exhibit A** is a true and correct copy of the Complaint.

3.     Attached as **Exhibit B** is a true and correct copy of the Declarations page for Loya auto policy number 80 783186372 issued to Brianna Walton.

4.     Attached as **Exhibit C** is a true and correct copy of Loya auto policy number 80 783186372 issued to Brianna Walton.

5.     Attached as **Exhibit D** is a true and correct copy of my March 11, 2025 letter to plaintiff's counsel enclosing checks totaling $45,000.

6.     Attached as **Exhibit E** is a true and correct copy of my March 17, 2025 letter to plaintiff's counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 24, 2025 in Las Vegas, Nevada.

_____
M. Bradley Johnson

-2-                                    Case No. 2:24-cv-01949-CDS-EJY