# Exhibit B

# Declarations Page for Loya Auto Policy 80 783186372

# Exhibit B

# Declarations Page for Loya Auto Policy 80 783186372

**LOYA INSURANCE COMPANY**
1800 LEE TREVINO, SUITE 201   EL PASO, TEXAS 79936

**DECLARATIONS**
NEVADA PERSONAL
AUTO POLICY

**IMPORTANT NOTICE:** This policy reduces liability coverage limits when an insured vehicle is operated by a person other than the insured. The limits for bodily injury and property damage liability coverage are reduced to the financial liability limits set forth in    NRS 485.185,    regardless of the liability limits shown on the Declaration page.

| POLICY NUMBER | POLICY PERIOD | POLICY CHANGE EFFECTIVE DATE | AGENT NUMBER |
|---|---|---|---|
| 80  783186372 | FROM **9/02/22** TO **3/02/23** TERM **06** MONTHS<br>COVERAGE BEGINS AT 12:01 A.M. STANDARD TIME OR AT THE TIME YOUR PREMIUM WAS RECEIVED WHICHEVER IS LATER | **9/02/22** | **150    03406** |

| NAMED INSURED AND MAILING ADDRESS | AGENT NAME AND ADDRESS |
|---|---|
| **BRIANNA K WALTON**<br>**875 E SILVERADO RANCH BL # 1208**<br>**LAS VEGAS, NV  89183** | **LOYA INSURANCE COMPANY**<br>**6394 W SAHARA AVE**<br>**LAS VEGAS, NV**               **89146**<br>**702 871-1003** |

**COVERAGES/PREMIUMS** COVERAGE IS PROVIDED WHERE A PREMIUM AND A LIMIT OF LIABILITY ARE SHOWN FOR THE COVERAGE.

| AUTO | A-LIABILITY | | B-MEDICAL PAYMENTS | C-UNINSURED MOTORIST | | D-COVERAGE FOR DAMAGE TO YOUR AUTO | | | |
|---|---|---|---|---|---|---|---|---|---|
| | BODILY INJURY | PROPERTY DAMAGE | | BODILY INJURY | | COMPREHENSIVE DEDUCTIBLE | COLLISION DEDUCTIBLE | TOWING & LABOR ▓▓ | RENTAL REIM ▓▓ |
| 1 | 25000  50000 | 20000 | | | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | |
| | EACH PERSON    EACH ACCIDENT | | EACH PERSON | EACH PERSON   EACH ACCIDENT | | | | | |
| 1 | 305 | 305 | | | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | |
| | DOLLARS | | DOLLARS | DOLLARS | | | | | DOLLARS |

Form Numbers of endorsements attached to policy at date of issue

LIC-NV-PPA-0008, NV-TNC-001, LIC-NV-PPA-0010

| SUB TOTAL | POLICY FEE | TOTAL | SVC FEE |
|---|---|---|---|
| ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ |

**DESCRIPTION OF AUTO**     **\*\*THIS POLICY MAY CONTAIN A NAMED DRIVER EXCLUSION AND MAY LIMIT COVERAGE FOR BODILY INJURY TO THE NAMED INSURED OR A FAMILY MEMBER\*\***

| AUTO | YEAR | MAKE | MODEL | VEHICLE ID NUMBER | TERRITORY | SYMBOL | SPECIAL EQUIP |
|---|---|---|---|---|---|---|---|
| 1 | 2017 | CHEV | CRUZE | 1G1BE5SM5H7103093 | 6 | 12 | |

ANY LOSS UNDER PART D IS PAYABLE AS INTEREST MAY APPEAR TO THE NAMED INSURED AND

THE AUTO(S) DESCRIBED IN THIS POLICY IS PRINCIPALLY GARAGED AT THE ABOVE ADDRESS UNLESS OTHERWISE STATED

89183-0000

**FOR INFORMATION, OR TO MAKE A COMPLAINT, CALL 1-800-554-0595**
**CLAIMS INFORMATION 1-800-880-0472**

BY _____
COUNTERSIGNED BY AUTHORIZED REPRESENTATIVE
PROCESSED ON: **9/02/22**

Si no entiende cualquier aspecto de su póliza, incluso cualquiera de las coberturas proporcionadas, exclusiones de cobertura, rechazos de cobertura, o endosos de cobertura, o si no entendiera cualquier aspecto de este documento, por favor, llame al 1-800-554-0595.
LIC-NV-PPA-0005 (06/2021)



Bennett
5/27/2025
**Exhibit 4**
Lexitas

LOYA002221