# Exhibit D

# March 11, 2025 Letter to Plaintiff's Counsel

# Exhibit D

# March 11, 2025 Letter to Plaintiff's Counsel

Law Offices

# SCHNITZER JOHNSON & WATSON, CHTD.

A Professional Corporation

Gary E. Schnitzer
M. Bradley Johnson[1]
Tyler J. Watson
Gina M. Mushmeche[2]
L. Renee Green
Michael R. Esposito

8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

Telephone
(702) 362-6666

Facsimile
(702) 362-2203

Christopher J. Halcrow[3]
Marta D. Dunning
Sebastian F. Gajardo
Crystal Y. Case
Caryn R. Schiffman

[3]Also Admitted in New York

[1]Also Admitted in Texas
[2]Also Admitted in Louisiana & Mississippi

WRITER'S DIRECT DIAL
(702) 222-4145

EMAIL ADDRESS
bjohnson@sjwlawfirm.com

March 11, 2025

***Via Federal Express***
Craig W. Drummond, Esq.
DRUMMOND LAW FIRM
3325 W. Sahara Ave.
Las Vegas, NV 89102

RE:    *Ali v. Loya Insurance*

Dear Mr. Drummond,

Enclosed are the checks for the bodily injury and property damage policy limits under policy number 80 783186372 issued to Brianna K. Walton.  This payment is not conditioned on dismissal of Mr. Ali's lawsuit against Loya.

Very Truly Yours,

*/s/ M. Bradley Johnson, Esq.*
M. BRADLEY JOHNSON, ESQ.

MBJ/sj
Cc: Jordan Derringer, Sheppard Mullin

WARNING – THIS CHECK IS PROTECTED BY SPECIAL SECURITY GUARD PROGRAM™ FEATURES

**FRED LOYA INSURANCE AGENCY, INC.**
**FOR LOYA INSURANCE COMPANY**

Frost Bank          30-9/1140          40554170
Fort Worth, TX

CLAIMS ACCOUNT
1800 LEE TREVINO
EL PASO, TEXAS 79936

VOID IF NOT PRESENTED FOR PAYMENT WITHIN 6 MONTHS FROM DATE OF ISSUE.

PAY  * TWENTY THOUSAND  DOLLARS AND 00/100----------------------------------------------

TO THE
ORDER OF     DRUMMOND LAW FIRM AND MUHAMMAD BIN MUSA ALI          20,000.00          03/06/25

          C/O MARTINEZ, DIETERICH & ZARCONE, 7881 W CHARLESTON BLVD STE 210          CHECK AMOUNT
          LAS VEGAS, NV 89117

COMMENTS:

Liability - Property Damage



HEAT SENSITIVE
RUB AREA TO VERIFY

AUTHORIZED SIGNATURE

THIS CHECK CONTAINS MULTIPLE SECURITY FEATURES – SEE BACK FOR DETAILS

⑈004055417⑈0  ⑈114000093⑈  650016756⑈

---

FRED LOYA INSURANCE AGENCY, INC.
FOR LOYA INSURANCE COMPANY
CLAIMS ACCOUNT

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF THE ITEMS DESCRIBED BELOW. 40554170
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

| DATE | DRAFT# | CLAIM# | POLICY# | AMOUNT |
|------|--------|--------|---------|--------|
| 03/06/25 | 40554170 | 80-0000279892 | 80-783186372 | 20,000.00 |

INSURED: BRIANNA WALTON

DRUMMOND LAW FIRM APC
C/O MARTINEZ, DIETERICH & ZARCONE, 7881 W CHARLESTON BLVD STE 210
LAS VEGAS, NV 89117

WARNING – THIS CHECK IS PROTECTED BY SPECIAL SECURITY GUARD PROGRAM™ FEATURES

**FRED LOYA INSURANCE AGENCY, INC.**
**FOR LOYA INSURANCE COMPANY**

Frost Bank
Fort Worth, TX          30-9/1140          40554171

CLAIMS ACCOUNT
1800 LEE TREVINO
EL PASO, TEXAS 79936

VOID IF NOT PRESENTED FOR PAYMENT WITHIN 6 MONTHS FROM DATE OF ISSUE.

PAY   * TWENTY FIVE THOUSAND  DOLLARS AND 00/100---------------------------------------------------

TO THE
ORDER OF     DRUMMOND LAW FIRM AND MUHAMMAD BIN MUSA ALI

C/O MARTINEZ, DIETERICH & ZARCONE, 7881 W CHARLESTON BLVD STE 210
LAS VEGAS, NV 89117

COMMENTS:

Liability - Bodily Injury

25,000.00
CHECK AMOUNT

03/06/25

AUTHORIZED SIGNATURE

HEAT SENSITIVE RUB AREA TO VERIFY

THIS CHECK CONTAINS MULTIPLE SECURITY FEATURES – SEE BACK FOR DETAILS

⑈0040554171⑈  ⑆114000093⑆  6500 16756⑈

---

FRED LOYA INSURANCE AGENCY, INC.
FOR LOYA INSURANCE COMPANY
CLAIMS ACCOUNT

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF THE ITEMS DESCRIBED BELOW. 40554171
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

| DATE | DRAFT# | CLAIM# | POLICY# | AMOUNT |
|---|---|---|---|---|
| 03/06/25 | 40554171 | 80-0000279892 | 80-783186372 | 25,000.00 |

INSURED: BRIANNA WALTON

DRUMMOND LAW FIRM APC
C/O MARTINEZ, DIETERICH & ZARCONE, 7881 W CHARLESTON BLVD STE 210
LAS VEGAS, NV 89117

00019
00052

**FedEx Express** Package US Airbill

FedEx Tracking Number: 8185 2940 8650

Form ID No. 0215   MUR1   Sender's Copy

**1 From** *Please print and press hard.*

Date _____

Sender's FedEx Account Number: 1102-1422-7 (SENDER'S FEDEX ACCOUNT NUMBER ONLY)

Sender's Name: Brad Johnson   Phone ( 702 ) 362-6666

Company: KRAVITZ SCHNITZER ETAL

Address: 8985 S EASTERN AVE   Dept./Floor/Suite/Room

City: LAS VEGAS   State: NV   ZIP: 89123-4852

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.   OPTIONAL

**3 To**

Recipient's Name: Craig Drummond   Phone ( )

Company: Drummond Law Firm

Address: 3325 W. Sahara Ave.   Dept./Floor/Suite/Room
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address:
Use this line for the HOLD location address or for continuation of your shipping address.

City: Las Vegas   State: NV   ZIP: 89102

0141602932

☐ Hold Weekday
FedEx location address REQUIRED. NOT available for FedEx First Overnight.

☐ Hold Saturday
FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

**4 Express Package Service**   *To most locations.*

Packages up to 150 lbs.
For packages over 150 lbs., use the FedEx Express Freight US Airbill.

*Next Business Day*

☐ FedEx First Overnight
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☒ FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available.

*Two Business Day*

☐ FedEx 2Day A.M.
Second business morning.* Saturday Delivery NOT available.

☐ FedEx 2Day
Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Express Saver
Third business day.* Saturday Delivery NOT available.

**5 Packaging**   *Declared value limit $500.*

☒ FedEx Envelope*   ☐ FedEx Pak*   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

**6 Special Handling and Delivery Signature Options**   Fees may apply. See the FedEx Service Guide.

☐ Saturday Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☒ Direct Signature
Someone at recipient's address may sign for delivery.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

Does this shipment contain dangerous goods?
One box must be checked.

☒ No   ☐ Yes As per associated Shipper's Declaration.   ☐ Yes Shipper's Declaration not required.   ☐ Dry Ice Dry Ice, 9, UN 1845 ___ x ___ kg

☐ Cargo Aircraft Only

Restrictions apply for dangerous goods — see the current FedEx Service Guide.

**7 Payment** *Bill to:*

This airbill can be used only when billing to a FedEx account number. For cash, check, or credit card transactions, please go to a staffed shipping location.

☒ Sender Acct. No. in section 1 will be billed.   Enter FedEx Acct. No. below.   ☐ Recipient   ☐ Third Party

FedEx Acct. No. _____

| Total Packages | Total Weight | Total Declared Value† |
|---|---|---|
| 1 | 0.5 lbs. | $ .00 |

611

†Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this airbill you agree to the service conditions on the back of this airbill and in the current FedEx Service Guide, including terms that limit our liability.
Rev. Date 4/22 • Part #163134 • ©1994–2022 FedEx • PRINTED IN U.S.A.

Ship it. Track it. Pay for it. All online.
fedex.com

fedex.com 1.800.GoFedEx 1.800.463.3339

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.