# Exhibit E

# March 17, 2025 Letter to Plaintiff's Counsel

# Exhibit E

# March 17, 2025 Letter to Plaintiff's Counsel

Law Offices
# SCHNITZER JOHNSON & WATSON, CHTD.
A Professional Corporation

Gary E. Schnitzer
M. Bradley Johnson[1]
Tyler J. Watson
Gina M. Mushmeche[2]
L. Renee Green
Michael R. Esposito

8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

Telephone
(702) 362-6666

Facsimile
(702) 362-2203

Christopher J. Halcrow[3]
Marta D. Dunning
Sebastian F. Gajardo
Crystal Y. Case
Caryn R. Schiffman

[3]Also Admitted in New York

[1]Also Admitted in Texas
[2]Also Admitted in Louisiana & Mississippi

WRITER'S DIRECT DIAL
(702) 222-4145

EMAIL ADDRESS
bjohnson@sjwlawfirm.com

March 17, 2025

***Via Email: Craig@drummondfirm.com***
Craig W. Drummond, Esq.
DRUMMOND LAW FIRM
3325 W. Sahara Ave.
Las Vegas, NV 89102

    RE:    *Ali v. Loya Insurance*

Dear Mr. Drummond,

We received the returned Federal Express letter with the checks that were sent for the policy limits. As we explained, those checks were not contingent on the dismissal of the lawsuit. Therefore, we do not know why you have returned them.

The checks will remain available to Mr. Ali for acceptance. Alternatively, Loya can issue new checks if he decides to accept them at later date.

Thank you for your attention to this matter.

Very Truly Yours,

***/s/ M. Bradley Johnson, Esq.***
M. BRADLEY JOHNSON, ESQ.

MBJ/sj
Cc: Jordan Derringer, Sheppard Mullin